**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-60473
Summary Calendar

HOLLIS L PURVIANCE,

Plaintiff-Appellant,

VERSUS

ENTERGY OPERATIONS, INCORPORATED,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi
(5:97-CV-13-R-S)

December 30, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Hollis Purviance, plaintiff-appellant, appeals the decision of the district court granting summary judgment in favor of the defendant, Entergy Operations, Inc. The appellant urges this court to find that Entergy discriminated against him in violation of Title VII of the Civil Rights Act of 1964. We have reviewed the parties' briefs and the record, and find no reversible error. We AFFIRM for essentially the same reasons stated by the district court in its memorandum ruling and order dated June 4, 1998.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.